IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Wuxi Letotech Silicon Material ) <br> Technology Co., Ltd. ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> Applied Plasma Technologies, ) <br> et al. ) <br>     Defendants ) | Civil Action No. 1:10cv356 |

FILED JUN - 8 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## JUDGMENT

Pursuant to the order of this Court entered on June 7, 2010 and in accordance with Federal Rules of Civil Procedure 54(b) and 58, JUDGMENT is hereby entered as to Count I of the Complaint (Doc. No. 1) in favor of plaintiff Wuxi Letotech Silicon Material Technology Co., Ltd and against the Defendants Applied Plasma Technologies and Applied Plasma Technologies, LLC, jointly and severally, in the amount of $149,452.66.

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk

Alexandria, Virginia
June 8, 2010