IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| WUXI LETOTECH SILICON MATERIAL, TECHNOLOGY CO., LTD. <br> Plaintiff, <br><br> v. <br><br> APPLIED PLASMA TECHNOLOGIES, ET AL., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) 1:10cv00356 (AJT/JFA) |

## AMENDED JUDGMENT

Pursuant to the order of this Court entered on July 9, 2010, and in accordance with Federal Rule of Civil Procedure 54(b) and 58, JUDGMENT is hereby entered as to Count I of the Complaint (Doc. No. [1]) in favor of Plaintiff Wuxi Letotech Silicon Material Technology Co., Ltd and against the Defendants Applied Plasma Technologies, Dr. Igor Mateev, Svetlana Mateev, and Applied Plasma Technologies, LLC, jointly and severally, in the amount of $149,452.66.

July 9, 2010
Date

FERNANDO GALINDO
Clerk

(By) Deputy Clerk