IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| WUXI LETOTECH SILICON MATERIAL TECHNOLOGY CO., LTD, ) ) ) ) Plaintiff, ) ) v. ) ) APPLIED PLASMA TECHNOLOGIES, ) a Virginia Partnership, ) ) DR. IGOR MATVEEV, ) ) SVETLANA MATVEEV, and ) ) APPLIED PLASMA TECHNOLOGIES, LLC, ) ) Defendants. ) ) | Civil Action No. 1:10 CV 356 AJT/JFA |

## CONSENT JUDGMENT

The parties represent to the Court that they have settled all of their differences, and request the entry of this Consent Judgment on Count II of the Amended Complaint. In Count II, Wuxi Letotech Silicon Material Technology CO., Ltd. ("Wuxi") sued Igor Matveev, Svetlana Matveev, Applied Plasma Technologies, a Virginia partnership, and Applied Plasma Technologies, LLC for actual fraud. Those defendants acknowledge that in Count II Wuxi sued the defendants for money obtained by "actual fraud" within the meaning of 11 U.S.C. § 523(a)(2)(A), and for a debt which is not dischargeable in bankruptcy.

Accordingly, judgment is hereby entered under Count II of the Amended Complaint for Wuxi, and against defendants Igor Matveev, Svetlana Matveev, Applied Plasma Technologies, a Virginia partnership, and Applied Plasma Technologies, LLC, jointly and severally, in the amount

of $150,000. All of the other Counts of the Amended Complaint (except for Count I which earlier resulted in a judgment for Wuxi) are hereby dismissed, with prejudice, as settled.

/s/
Anthony J. Trenga
United States District Judge
ANTHONY J. TRENGA
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 30, 2010