IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| WUXI LETOTECH SILICON MATERIAL TECHNOLOGY CO., LTD<br><br>Plaintiff,<br><br>v.<br><br>APPLIED PLASMA TECHNOLOGIES, a Virginia Partnership<br><br>IGOR MATVEEV,<br><br>SVETLANA MATVEEV, and<br><br>APPLIED PLASMA TECHNOLOGIES, LLC,<br><br>Defendants. | Civil Action No. 1:10 CV 356 AJT/JFA |

**NOTICE OF WITHDRAWAL OF GARNISHMENT SUMMONS**

PLEASE TAKE NOTICE that plaintiff Wuxi Letotech Silicon Material Technology Co., Ltd. ("Wuxi"), hereby withdraws its garnishment summons earlier issued to Chevy Chase Bank in this proceeding. Wuxi and the defendants have settled all issues related to this garnishment.

Respectfully submitted,

/s/
RAYMOND D. BATTOCCHI
Virginia Bar No. 24622
Attorney for Plaintiff
Gabeler Battocchi & Powell, PC
1320 Old Chain Bridge Road, Suite 200
McLean, Virginia 22101
Ph: (703) 847-8888; Fax: (703) 847-9033
Email: battocchi@aol.com

**CERTIFICATE OF SERVICE**

 I certify that on December 15, 2010 , I will file this document with the Court through the ECF system, and that the Clerk will serve this document by electronic mail upon:

GEORGE R. A. DOUMAR
JAMES R. HARPOLD
Doumar Martin, PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201

                 /s/ Raymond D. Battocchi